AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>NADEURDRA VENICECIA MAYHAMS a/k/a Chyna,<br>a/k/a Na'Deardra Mayhams<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:16mj41<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 6, 2016__ in the county of __Luzerne__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §841(a)(1) | Possession with Intent to Distribute Heroin and Cocaine Base (crack) |
| 18 U.S.C. § 924(c) | Possession of a firearm in furtherance of drug trafficking activities |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Culp, Special Agent- ATFE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5-6-16

*Judge's signature*

City and state: Scranton, Pennsylvania

Hon. Karoline Mehalchick, U.S. Magistrate Judge
*Printed name and title*